FILED
2019 Oct-18  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CATALINA P. JIMENEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.:** |
| ) | **2:18-cv-01636-AKK** |
| **ROCO REAL ESTATE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 20, this case is **DISMISSED WITH PREJUDICE**. Each party to bear her or its own costs. The Clerk is **DIRECTED** to close this file.

**DONE** the 18th day of October, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE